1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAYMOND ALFORD BRADFORD,                No.  2:18-cv-3249-JAM-EFB P

12              Plaintiff,

13         v.                                 ORDER

14    ATTORNEY GENERAL OF
      CALIFORNIA, et al.,
15
                 Defendants.
16

17

18         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On May 13, 2020, the magistrate judge filed findings and recommendations herein which

22    were served on plaintiff and which contained notice to plaintiff that any objections to the findings

23    and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the

24    findings and recommendations.

25         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27    court finds the findings and recommendations to be supported by the record and by proper

28    analysis.

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 13, 2020, are adopted in full; and

2. This action is DISMISSED for failure to state a claim upon which relief can be granted.

DATED:  July 29, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE