UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL OF CALIFORNIA, et al.,<br><br>Defendants. | No.  2:18-cv-3249-JAM-EFB P<br><br><br><br>ORDER |

On July 29, 2020, this civil rights case was dismissed for failure to state a claim upon which relief could be granted. ECF No. 24. Judgment was duly entered. ECF No. 25. On September 8, 2020, plaintiff filed a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. ECF No. 26. As stated below, the motion is denied.

Rule 60(b) provides for reconsideration of a final judgment where one of more of the following is shown: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which, with reasonable diligence, could not have been discovered within twenty-eight days of entry of judgment; (3) fraud, misrepresentation, or misconduct of an opposing party; (4) voiding of the judgment; (5) satisfaction of the judgment; and (6) any other reason justifying relief. Fed. R. Civ. P. 60(b).

/////

Plaintiff states that he is entitled to relief from judgment because he is under imminent danger of serious physical danger. ECF No. 26 at 3. While a showing of imminent danger may allow an indigent inmate to proceed in forma pauperis despite having accrued three-strikes for purposes of 28 U.S.C. § 1915(g), it does not obviate the requirement of having to state a claim upon which relief could be granted. Plaintiff's motion fails to satisfy the Rule 60(b) standards.

Accordingly, IT IS ORDERED that plaintiff's Rule 60(b) motion for relief from judgment (ECF No. 26), is DENIED.

DATED: September 28, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE